# STATE OF FLORIDA v YEOMAN

## Case No. 89-0047-AC A02 (County Court Case No. 89-15401-TC A02)

Fifteenth Judicial Circuit, Palm Beach County

September 14, 1989 and November 29, 1989

### APPEARANCES OF COUNSEL

**Robert Jaegers, Esquire,** Assistant State Attorney, for appellant.

**Robert L. Saylor, Esquire,** for appellee.

Before CARLISLE, COHEN, MILLER, JJ.

CARLISLE, J.

BY ORDER OF THE COURT:

The Motion to Dismiss is hereby denied and the Court holds as follows:

1) The State has standing;

2) The State's appeal will be treated as a petition for certiorari, *City of Deerfield Beach v Vailant*, 419 So 2d 624.

All other issues are set for oral argument on THURSDAY, OCTOBER 12, 1989, at 2:00 p.m. Palm Beach County Courthouse, Room 404, 300 North Dixie Highway, West Palm Beach, Florida.

ORDERED: September 14, 1989

---

Opinion filed: November 29, 1989.

The trial court at an implied consent hearing sustained a defense objection to the testimony of a Deputy Sheriff investigating a one-car accident to the effect that appellant, Yoeman, identified herself as the driver of the car. The basis of the court's ruling was the accident report privilege, § 316.066 F.S.

We must reverse on the authority of *California v Byers*, 402 US 424, 29 L.Ed 2d 9, S. Ct. 1535 (1971), *State v Combs*, 436 So.2d 93 (Fla. 1983), *O'Brien v Ortez*, 467 So.2d 1056 (3DCA 1985).

This case is remanded to the County Court with instructions to conduct an implied consent hearing.

COHEN, MILLER, JJ., concurring.